# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

BERNARD HOWE,

     Plaintiff,

v.                            Case No: 5:15-cv-632-Oc-30PRL

VILLAGE CENTER COMMUNITY
DEVELOPMENT DISTRICT,

     Defendant.

_____

## ORDER OF DISMISSAL

     Before the Court is the Plaintiff's Notice of Dismissal (Dkt. #42).   Upon review and

consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     This cause is dismissed.

     2.     All pending motions are denied as moot.

     3.     The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida, this 1st day of March, 2016.

                             JAMES S. MOODY, JR.
                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record